# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## HELENA DIVISION

ATOMIC HILL                                                                                                      PLAINTIFF
ADC #110189

V.                                              NO: 2:09CV00144 SWW

DEBRA HORTON *et al.*                                                                                      DEFENDANTS

## **ORDER**

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge H. David Young. No objections have been filed. After careful consideration, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED THAT:

1. The motion for summary judgment filed by Debra Horton and Stormi Sherman (docket entry #38), and the motion to dismiss filed by Sharon King (docket entry #45), are GRANTED, and Plaintiff's complaint is DISMISSED WITH PREJUDICE.

2. The Court certifies that an *in forma pauperis* appeal taken from the order and judgment dismissing this action is considered frivolous and not in good faith.

DATED this 25th day of March, 2010.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE