# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# HELENA DIVISION

ATOMIC HILL                                                                    PLAINTIFF
ADC #110189

V.                                   NO: 2:09CV00144 SWW

DEBRA HORTON *et al.*                                         DEFENDANTS

## **JUDGMENT**

Pursuant to the order filed this date, judgment is entered dismissing this case with prejudice; the relief sought is denied. The Court further certifies that an *in forma pauperis* appeal taken from the order and judgment dismissing this action is considered frivolous and not in good faith.

DATED this 25th day of March, 2010.

                                                                           /s/Susan Webber Wright
                                                                   UNITED STATES DISTRICT JUDGE